**Fisher & Phillips LLP**

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ 07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1062

**Writer's E-mail:**
kcaminiti@fisherphillips.com

**MEMO ENDORSED**

September 28, 2026

***Via ECF and E-Mail***

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: DeLeon v. Federal Express Corporation
Case No. 1:26-cv-07607-KPF

Rodriguez v. Federal Express Corporation
Case No. 1:26-cv-07620-KPF

Dear Judge Failla:

The undersigned, along with Federal Express Lead Counsel David Kieffer, represent Federal Express Corporation (FEC) in the above-referenced matters. We write to respectfully request an adjournment of the initial pretrial conference scheduled for September 30, 2026. Pursuant to Your Honor's Individual Rules and Practices, we state:

(i) The original due date: September 30, 2026 2:30 PM conference date;

(ii) There have been no previous requests for adjournment or extension of time;

(iii) N/A;

(iv) The reasons for the current request are three-fold. First, FEC intends to file a motion to dismiss the complaints and will proceed by way of the mandatory pre-motion letter as Your Honor's Rules. Second, I am unavailable for the conference due to a personal family matter. Third, FEC requests time to discuss and contribute to the Civil Case Management Plan and Scheduling Order. Given these circumstances, we respectfully request to adjourn the conference until after the Court (or parties) address FEC's concerns with respect to the procedural issues with respect to the Complaints and FEC can meaningfully discuss case management and discovery based on the operative pleadings. Alternatively, FEC

requests that the conference be rescheduled for a date during the week of October 12 or thereafter as the Court deems appropriate;

(v) Plaintiff's counsel has consented to the adjournment request. In response to FEC's request for consent for *DeLeon*, Plaintiff's counsel stated "We agree to let the court know of your unavailability on Wednesday. The other issues you raise sound like issues the court would want to address at the conference." And confirmed consent for adjournment of the *Rodriquez* conference for the same reason (See attached).

For the reasons stated, Defendant Federal Express Corporation respectfully requests that the Initial Pretrial Conferences scheduled for September 30, 2026 be adjourned.

Respectfully submitted,

Kath M. Caminiti

Kathleen McLeod Caminiti
For FISHER & PHILLIPS LLP

KMC/jm
cc: All Counsel of Record (via ECF and e-mail)

The Court has reviewed Plaintiff's adjournment request (Case No. 26 Civ. 7607, Dkt. #5; Case No. 26 Civ. 7620, Dkt. #5) as well as Defendant's above adjournment request (Case No. 26 Civ. 7607, Dkt. #6; Case No. 26 Civ. 7620, Dkt. #6). Pursuant to conversations with the parties, the initial pretrial conferences previously scheduled in both cases to occur concurrently on September 30, 2026, are hereby ADJOURNED to **October 8, 2026**, at **11:00 a.m.** As before, the conferences will be telephonic. At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370.

Additionally, in light of Defendant's proffered intent to move to dismiss, these conferences are CONVERTED from initial pretrial conferences to pre-motion conferences. Consistent with the Court's Individual Rules, Defendant is ORDERED to submit pre-motion letters on or before **October 1, 2026**, and Plaintiff is ORDERED to respond on or before **October 6, 2026.** (*See* Individual Rules 2(C), 4(A)).

Finally, the Court was recently assigned a related case, *Guity* v. *Federal Express Corporation*, Case No. 26 Civ. 7785. The October 8, 2026 conference will cover the matters in this case as well. If this case requires a bespoke pre-motion letter because the case differs in material ways, Defendant shall submit one.

The Clerk of Court is directed to:

- Terminate the pending motions at docket entries 5-6 in 26 Civ. 7607.

- Terminate the pending motions at docket entries 5-6 in 26 Civ. 7620.

- Schedule concurrent telephonic conferences for **October 8, 2026**, at **11:00 a.m.** in Case Nos. 26 Civ. 7607, 26 Civ. 7620, and 26 Civ. 7785.

Dated: September 29, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE