USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

FedEx®

Legal Department
1000 FedEx Drive
Moon Township, PA 15

one 412.510.7914
Fax 412.859.5150
kiefer@fedex.com

November 18, 2026

**The Pre-settlement telephone conference scheduled for Monday, November 23, 2026 at 2:00 p.m. is hereby rescheduled to Tuesday, December 1, 2026, at 4:00 p.m. Counsel is directed to utilize the same call-in information that was emailed out on 11/16/2026.**

SO ORDERED:

Katharine H Parker

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

11/19/2026

**VIA ECF**

Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Alexander DeLeon v. Federal Express Corporation*, 1:26-cv-7607 (S.D.N.Y.)**

Dear Judge Parker:

Defendant Federal Express Corporation ("FedEx") respectfully requests an adjournment of the pre-settlement conference call that is currently scheduled for November 23, 2026, at 2:00 p.m.

Consistent with Your Honor's Individual Practices in Civil Cases, FedEx states as follows:

**(1)** **The original due date**: The pre-settlement conference call is currently scheduled for November 23, 2026, at 2:00 p.m. with Magistrate Judge Parker.

**(2)** **The number of previous requests for adjournment or extension of time**: The parties previously requested one adjournment relating to the initial pretrial conference. That conference was originally scheduled for September 30, 2026, and was held on October 8, 2026.

**(3)** **Whether these previous requests were granted or denied**: The parties' previous request for an adjournment was granted.

**(4)** **The reason for the current request**: FedEx's lead trial counsel, David Kiefer, is unavailable on November 23, 2026, because he will be traveling home from a previously scheduled family vacation. Attorney Kiefer is the only FedEx lead counsel admitted *pro hac vice* for this case, and FedEx has not previously sought an adjournment based on his unavailability.

**(5)** **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent**: Plaintiff does not consent to this request and stated as follows:

> My understanding is that FedEx is not allowing continuances of hearings based on lawyer unavailability. You have many other lawyers who could handle this. So FedEx's decision about how to handle routine courtesies

> between attorneys seeking continuances is going to affect our decisions about how to respond to request like yours. We would be happy to assent if FedEx will assent to a continuance of the motion to dismiss hearing in the central District of California by one week, as I have requested, due to my availability.

FedEx notes that it previously agreed to deadline adjustments in 13 other matters pending in this District in cases involving Plaintiff's counsel and FedEx[1].

As FedEx indicated via email when requesting Plaintiff's consent, FedEx is available for the pre-settlement conference call at any time on Tuesday, November 24th or Friday, November 27th, and at any time on November 25th, other than between 1:00 and 2:00 p.m., when FedEx currently has a pre-motion conference before Judge Gregory H. Woods in this District.

In responding to FedEx's request for consent, Plaintiff did not identify any alternative dates of availability for November 24th – 27th.

For these reasons, FedEx respectfully requests that the pre-settlement conference call currently scheduled for November 23, 2026, at 2:00 p.m. be adjourned to November 24th, 25th, or 27th, at a time convenient to the Court, or to such other date and time as the Court deems appropriate.

Sincerely,

David Kiefer
Lead Counsel, Litigation
Federal Express Corporation

---

[1] Stipulations to adjourn initial pretrial conference, *Kevin Ayoub v. Federal Express Corporation*, 1:26-cv-7718; and *Michael Vargas v. Federal Express Corporation*, 1:26-cv-7870. Stipulations to adjourn pre-motion conferences based on referral to Magistrate Judge Parker: *Daniel Kant v. Federal Express Corporation*, 7:26-cv-07637; *Brandon Guest v. Federal Express Corporation*, 7:26-cv-7626; *Angela Brunelle v. Federal Express Corporation*, 7:26-cv-7616; and *Boris Kitaychik v. Federal Express Corporation*, 7:26-cv-7625. Stipulations that Plaintiffs need not file oppositions to FedEx's pending motion to dismiss based on the parties' request for Magistrate Judge referral: *Angel Gil Montesino v. Federal Express Corporation*, 1:26-cv-07614; *Bartholomew Charles v. Federal Express Corporation*, 1:26-cv-07622; *Dakota Shultis v. Federal Express Corporation,* 7:26-cv-07636; *Corey Smith v. Federal Express Corporation,* 7:26-cv-07633; *Anthony Saunders v. Federal Express Corporation,*1:26-cv-07619; *Anthony Dominguez v. Federal Express Corporation*, 1:26-cv-07617; and *Christian Mercado v. Federal Express Corporation*, 1:26-cv-07631.